Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 0519 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| KEITH HUGHES, individually and on behalf of VELMA L. BARDWELL, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, KEITH HUGHES, on behalf of VELMA L. BARDWELL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: June 3, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court



| | | | |
|---|---|---|---|
| SCOTT C. BARNES | MARTIN H. LEVIN | TIMOTHY M. O'BRIEN | DAVID H. LEVIN |
| BRIAN H. BARR | STANLEY B. LEVIN | MIKE PAPANTONIO | (1928-2002) |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | MARK J. PROCTOR | |
| VIRGINIA M. BUCHANAN | KATHERINE McFARLAND | TROY A. RAFFERTY | OF COUNSEL |
| STEPHEN H. ECHSNER | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | ROBERT F. KENNEDY, JR. |
| RACHAEL R. GILMER | Wm. JEMISON MIMS | AMANDA SLEVINSKI | (LICENSED ONLY IN NEW YORK) |
| PETER L. KAUFMAN | CLAY MITCHELL | MEGHAN M. TANS | |
| KRISTIAN KRASZEWSKI | R. LARRY MORRIS | LEO A. THOMAS | W. STEVE BOZEMAN |
| KIMBERLY R. LAMBERT | K. LEA MORRIS | BRETT VIGODSKY | (LICENSED ONLY IN MISSISSIPPI) |
| FREDRIC G. LEVIN | PETER J. MOUGEY | CHRISTOPHER M. VLACHOS | |

June 4, 2009

**VIA FEDERAL EXPRESS**
Michelle Sadowsky
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

    RE:    Dismissals
             COX-2 Settlement

Dear Michelle:

    Enclosed please find the proposed stipulations and orders of dismissal executed by the Plaintiff's counsel in the following cases:

| | | |
|---|---|---|
| 05 4180 | 06 4599 | 07 1826 |
| 06 0029 | 06 4645 | 07 1826 |
| 06 0519 | 06 5708 | 07 1827 |
| 06 2267 | 06 6135 | 07 4031 |
| 06 2267 | 06 6136 | 07 4793 |
| 06 2943 | 06 6811 | 07 5704 |
| 06 3516 | 06 6812 | 08 3184 |
| 06 4048 | 06 7690 | 08 3185 |
| 06 4049 | 06 7691 | 08 1703 |
| 06 4050 | 07 1738 | |
| 06 4597 | 07 1826 | |

Sincerely,

Peter L. Kaufman

PLK/jkl
Enclosures

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591   CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM

```
 1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
    Rachael Raymon Gilmer, FL Bar No. 0887331
 2  LEVIN, PAPANTONIO, THOMAS,
      MITCHELL, ECHSNER & PROCTOR, P.A.
 3  316 South Baylen Street, Suite 600 (32502)
    P. O. Box 12308
 4  Pensacola, Florida 32591
    Telephone: (850) 435-7080
 5  Facsimile: (850) 435-7020

 6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| KEITH HUGHES, individually and on behalf of VELMA L. BARDWELL, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>    Defendants. | Case No. C 06 0519 CRB<br><br>**AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

KEITH HUGHES, as Personal Representative of the Estate of VELMA L. BARDWELL, deceased, Plaintiff, through counsel and pursuant to applicable law including Florida's Wrongful Death Act, by and through the undersigned counsel, brings this action against Defendants PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO. (hereafter "Defendants") and alleges as follows:

Bextra-FL-MDL                                                                                   AMENDED COMPLAINT